Randolf Krbechek (SBN 143120)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: rkrbechek@caswellbell.com

Attorneys for Leo Ramsey and Rodney Ramsey, Co-executors
of the Estate of Mary Francis Sharma, Deceased

FILED

2005 MAY -4  A 11: 05

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| LEO RAMSEY and RODNEY RAMSEY, Co-executors of the Estate of Mary Francis Sharma, Deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>PHILIP G. MARIN; THE COUNTY OF SAN FRANCISCO, a governmental entity; THE COUNTY OF CONTRA COSTA, a governmental entity; UNITED STATES OF AMERICA; THE COUNTY OF FRESNO, a governmental entity; BENEFICIAL CALIFORNIA, INC.; NCS CREDIT NETWORK, INC.; BRIAN H. CLAGUE; ALEXANDRE SCHEINESSON, dba Ambassador Realty; Does 1 through 25, inclusive; and All Persons Known or Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title or Any Cloud Upon Plaintiffs' Title Thereto, Named Herein as Does 26 through 50, inclusive,<br><br>  Defendants. | Case No. CIV-F-04-6605<br><br>(Removed from Fresno County Superior Court Case No. 04 CE CG 03124-MWS)<br><br>**REQUEST FOR ENTRY OF DISMISSAL UNDER FRCP 41(a)(2) AND ORDER THEREON** |

   Plaintiffs Leo and Rodney Ramsey, co-executors of the Estate of Mary Francis Sharma, Deceased, hereby request that the complaint herein be dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). In support thereof,

plaintiffs represent as follows:

1. Plaintiffs commenced this action by filing in Fresno County Superior Court as case number 04 CE CG 03124. By this action, plaintiffs sought to recover title to the real property located at 1405 North Safford, Fresno, which title was fraudulently conveyed to defendant Philip Marin. The other defendants herein were named as parties because the title report obtained by plaintiffs shows said defendants as holding an interest in the property by and through defendant Philip Marin.

2. This action was removed to this Court by Notice of Removal filed by defendant United States of America, on behalf of the Internal Revenue Service.

3. The only parties that have appeared in this action are plaintiffs, defendant Philip Marin, the County of Fresno, and The United States of America.

4. There was no counterclaim or motion for summary judgment filed herein.

5. Defendant The United States of America has filed a Notice of Disclaimer in this action.

6. A criminal action was brought against Philip Marin arising from the fraudulent transfer of title to the property at 1405 North Safford, Fresno. The case was captioned *The People of the State of California v. Philip Gilbert Marin,* Fresno County Superior Court Case No. F03908180-3 (the "Criminal Case").

7. Philip Marin pled no contest to a number of the counts in the Criminal Case. Based thereon, the court entered an Order of Criminal Restitution Restoring Title to Grant Deed Forgery Crime Victim, the Estate of Mary Frances Sharma (the "Restitution Order"). The Restitution Order was entered on April 5, 2005. A true and correct copy of the Restitution Order is attached hereto as Exhibit A.

8. The Restitution Order provides that the fraudulent deed in favor of Philip Marin "is hereby rendered null and void." The Restitution Order also provides that, "it is adjudged that the convicted defendant, Philip Gilbert Marin, has no interest in the real property at 1405 N. Safford, Fresno, CA," and further that "this order is to be effective as of the date of September 9, 2003."

9. Plaintiffs have further been informed that Philip Marin was sentenced to a 48-month prison term based on his conviction in the Criminal Case. Attached hereto is a true and correct copy of a letter dated April 25, 2005 from Deputy District Attorney Sydney Ricks confirming the sentence.

10. The Court has authority to dismiss this action. As explained in *Morris v. City of Hobart*, 39 F.3d 1105 (10th Cir. 1994),

> "Dismissals of lawsuits are governed by Rule 41 of the Federal Rules of Civil Procedure. Rule 41(a) provides two ways for a plaintiff to dismiss a case voluntarily after the defendant has filed an answer or a motion for summary judgment. The first method requires the filing of a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(ii). This method normally is used when the parties have reached a settlement of the suit . . .
>
> "The second method of dismissal under Rule 41(a) allows the court to dismiss the case at the plaintiff's instance, upon such terms and conditions as the court deems proper. Fed. R. Civ. P. 41(a)(2). Rule 41(a)(2) does not require that the plaintiff's request for dismissal take any specific form; it requires only that the court approve such a request for dismissal." *Id.* at 1109.

11. In appropriate circumstances, the Court can enter an order which "by its own terms [will] mature[] into a dismissal." *Ibid.*

12. Defendant Philip Marin has not been cooperative. He was asked by the prosecutor's office to sign a deed restoring title to the real property located at 1405 North Safford to plaintiffs, which he refused to do. As a result, the Fresno District Attorney had to petition the Fresno County Superior Court to enter the Restitution Order attached hereto as Exhibit A.

13. The Restitution Order restores the property to plaintiffs, which was the purpose of the instant lawsuit. Based on the Restitution Order, there is no need to further prosecute this lawsuit.

14. The County of Fresno has consented to the dismissal requested herein. The dismissal of this lawsuit will not adversely affect the interests of any other parties to this action, as The United States of America has disclaimed any interest in the property, and as Mr. Marin has been convicted of criminal charges in connection with the forged deed.

1  Nonetheless, the Court may wish to delay the effectiveness of the dismissal for 60 days,
2  so as to give Mr. Marin an opportunity to file opposition to the dismissal.
3       15. Accordingly, plaintiffs respectfully request that the Court enter an order
4  dismissing this lawsuit, without prejudice, and with each party to bear its own fees and
5  costs.
6  DATED: __4/29__, 2005.            CASWELL BELL & HILLISON LLP

                                     By: _____
                                       Randolf Krbechek, Attorneys for
                                       Leo and Rodney Ramsey, Co-executors
                                       of the Estate of Mary Sharma, Deceased

## CONSENT

The County of Fresno consents to the dismissal requested by plaintiffs.

DATED: __4/28__, 2005.              DENNIS A. MARSHALL
                                    County Counsel

                                    By: _____
                                      J. WESLEY MERRITT
                                      Chief Deputy County Counsel
                                      Attorneys for County of Fresno

## ORDER

IT IS ORDERED that the complaint the above-referenced lawsuit be dismissed without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Each party shall bear its own fees and costs. Said dismissal shall be effective sixty (60) days after the date of this order, unless any party shall have filed an objection to the dismissal, in which event the request for dismissal shall be heard upon notice to all parties.

DATED: __May 3, 05__.               _____
                                    HONORABLE ROBERT E. COYLE

CASWELL BELL & HILLISON LLP
5200 N. Palm Avenue, Suite 211
Fresno, California 93704

**EXHIBIT A**

FILED
APR 0 5 2005
FRESNO COUNTY SUPERIOR COURT
By_____
DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF FRESNO

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>Philip Gilbert Marin,<br>aka Sidney Solomon Marin,<br><br>Defendant. | COURT CASE NO. F04905282-0<br><br>DA FILE NO. 03-39706<br><br>ORDER OF CRIMINAL RESTITUTION RESTORING TITLE TO GRAND DEED FORGERY CRIME VICTIM, THE ESTATE OF MARY FRANCES SHARMA |
|---|---|

TO THE ASSESSOR-RECORDER OF FRESNO COUNTY AND ALL OTHER INTERESTED PARTIES:

It appearing that the Defendant on February 14, 2005 pled no contest to forgery in regards to Grant Deed recorded on September 9, 2003 as DOCUMENT No. 2003-0214632 of Official Records, as well as the guilty plea of Barbara J. Ramsey on June 1, 2004 in related Court Case No. F03908180-3 to forgery in regards to the same document, and having reviewed the People's Motion to Restore Title to the crime victim, the Estate of Mary Frances Sharma, and accompanying Memorandum of Points and Authorities and pursuant to the terms of the plea agreement in this criminal case, good cause has been shown:

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1
Order of Criminal Restitution Restoring Title to Grant Deed Forgery Crime Victim
The Estate of Mary Frances Sharma

1.  It is adjudged that the Grant Deed recorded on September 9, 2003, regarding APN 450-103-14, known as 1405 N. Safford, Fresno, CA, Fresno County Document No. 2003-0214632 of Official Records is hereby rendered null and void. This order is to be effective as of the date of September 9, 2003.

2.  It is further adjudged that the Grant Deed, Grantor Barbara Jean Ramsey and Grantee Philip G. Marin, filed with the Fresno County Recorder's Office on September 9, 2003 as Document No. 2003-0214822 of Official Records is hereby rendered null and void.

3.  It is the intent of this court for the purposes of determining title, ownership and assessed value of the property herein described that the above noted documents are to be considered as if they never existed.

4.  It is adjudged that the convicted defendant, Philip Gilbert Marin, has no interest in the real property at 1405 N. Safford, Fresno, CA.

5.  It is adjudged that the Estate of Mary Frances Sharma is the owner in fee simple of the real property located in the City of Fresno, County of Fresno, State of California and more particularly described as:

    Lot 11 and 12, Block 3, Normandie Tract in the City of Fresno, County of Fresno, State of California, according to the map thereof recorded in Book 8, Page 69 of Plats and the amended map recorded in Book 9, Page 11 of Plats, Fresno County Records.

    Commonly known as: 1405 N. Safford, Fresno, CA, APN 450-103-14.

6.  This order shall be filed and recorded without delay by the District Attorney at the Clerk-Recorder's Office of the County of Fresno. Recording fees are waived pursuant to Government Code §27383.

Date: 4/5/05

Judge of the Superior Court

---

2

Order of Criminal Restitution Restoring Title to Grant Deed Forgery Crime Victim
The Estate of Mary Frances Sharma

**EXHIBIT B**



# County of Fresno

**ELIZABETH A. EGAN**
District Attorney

April 25, 2005

Randolf Krbechek, Esq.
Caswell, Bell & Hillison, LLP
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704

RE: People v. Philip Gilbert Marin, aka Sidney Solomon Marin
Estate of Mary Frances Sharma

Dear Mr. Krbechek:

Today a restitution hearing was held in the above-entitled matter. The court ordered that the Estate of Mary Frances Sharma be repaid $6,906.00 in legal fees, $1,027.00 in costs for a total of $7,933.00.

Mr. Marin was sentenced to a 48 month prison term in this matter, which will begin upon his completion of a nine month term with the federal authorities.

I am in the process of obtaining an Order of Restitution and Abstract of Judgment and will forward the original to your office. I will also be contacting the members of Ms. Sharma's family to advise them of the outcome.

Very truly yours,

ELIZABETH A. EGAN
DISTRICT ATTORNEY

Sydney Ricks
Deputy District Attorney

RECEIVED
APR 26 2005
*RANDOLF KRBECHEK*
Attorney at Law

OFFICE OF THE DISTRICT ATTORNEY -- REAL ESTATE FRAUD UNIT
1250 Van Ness Avenue / 2nd Floor/Fresno, California 93721/(559) 488-2547 / Fax (559) 495-1315
Equal Employment Opportunity -- Affirmative Action -- Disabled Employer